UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDREW S. NICCHITTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant. | Civil No. CV 19 – 6888 SVW (AGRx)<br><br>ORDER ON STIPULATION TO DISMISS |

**ORDER**

　　Based on the parties Stipulation, the Court orders:

　　1.　The stipulation is entered and the case is dismissed without prejudice as to the merits of plaintiff's claim for refund.

IT IS SO ORDERED:

Dated: November 22, 2019

　　　　　　　　　　　　　　　　　　_/s/ Stephen V. Wilson_
　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　United States District Judge